**Mohammad AFZAL, Plaintiff–Appellant,**

v.

**Malik A. ASLAM, Defendant–Appellee.**

**No. 11–1718.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 23, 2012.

Decided: Feb. 27, 2012.

Alexander M. Chanthunya, Silver Spring, Maryland, for Appellant. James E. Garland, Ferguson, Schetelich & Ballew, P.A., Baltimore, Maryland, for Appellee.

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammad Afzal appeals the district court's order dismissing his fraud claim against Malik A. Aslam. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Afzal v. Aslam,* No. 1:11–cv–00395–WMN, 2011 WL 2457682 (D. Md. June 15, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*